# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00094-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT OF ACQUITTAL** |
| ) | |
| **DAVID STUART LUTZ,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came for trial and was heard by the undersigned judge, and a jury was duly empaneled and answered the following issues as follows:

1. As to the charge contained in Count One of the Bill of Indictment, we the jury unanimously find the Defendant **DAVID STUART LUTZ**:

    Answer: **NOT GUILTY**

2. As to the charge contained in Count Two of the Bill of Indictment, we the jury unanimously find the Defendant **DAVID STUART LUTZ**:

    Answer: **NOT GUILTY**

3. As to the charge contained in Count Three of the Bill of Indictment, we the jury unanimously find the Defendant **DAVID STUART LUTZ**:

Answer: **NOT GUILTY**

Based on the foregoing facts as found by the jury,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant David Stuart Lutz is hereby **ACQUITTED** and **DISCHARGED** as to Counts One, Two, and Three of the Bill of Indictment, and any bond is hereby **EXONERATED**.

Signed: November 18, 2021

Martin Reidinger
Chief United States District Judge